# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW W. PHILP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:15-00913 |
| | ) Judge Sharp |
| DAVID ELOLA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge has entered a 32-page Report and Recommendation (Docket No. 42) recommending that Defendants' unopposed Motion for Summary Judgment (Docket No. 38) be granted. No objections to the Report and Recommendation have been filed.

Having undertaken the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket No. 42) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion for Summary Judgment (Docket No. 38) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE